IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mitchell Ferguson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>K-M Drilling Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV13-8251 PCT DGC<br><br>**ORDER** |

After review of the file, the Court notes that the complaint in this matter was filed on October 16, 2013 and the return of service was filed on October 24, 2013. No answer has been filed and no application for entry of default has been made.

**IT IS ORDERED** that counsel for the plaintiff shall file a status report within 14 days of the date of this order concerning the status of this case.

**IT IS FURTHER ORDERED** that this matter will be dismissed within 14 days of the date of this order if counsel fails to file a status report.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **January 16, 2014** without further order of this Court if plaintiff fails to file a status report.

Dated this 2nd day of January, 2014.

_____
David G. Campbell
United States District Judge